# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2010

140134

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEON TERRELL DAVIS,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140134
COA: 294119
Oakland CC: 2008-220851-FH

On order of the Court, the application for leave to appeal the October 14, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

0222